UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
                                                            :
JOHN DOE,                                                   :
                                     Plaintiff,             :
                                                            :      24 Civ. 8811 (LGS)
         -against-                                          :
                                                            :      ORDER
SEAN COMBS, et al.,                                         :
                                     Defendants.            :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

    Plaintiff initiated this action by filing a Complaint on November 19, 2024.  Plaintiff appears to seek to proceed under a pseudonym, as the Complaint identifies Plaintiff as "John Doe."  Pursuant to Rule 6.14(b) of the S.D.N.Y. Electronic Case Filing Rules & Instructions, such a proceeding must be commenced as a miscellaneous case with leave from the Court to proceed using a pseudonym.  It is hereby

    **ORDERED** that this action is dismissed for failure to comply with ECF Rule 6.14(b).  Plaintiff may commence a new action in accordance with that rule.  Plaintiff is referred to the ECF Help Desk and/or the Clerk's Office for procedural assistance in commencing the action.

    The Clerk of Court is respectfully directed to close this case.

Dated: November 19, 2024
       New York, New York

                                                  LORNA G. SCHOFIELD
                                         UNITED STATES DISTRICT JUDGE